**LAMONICA HERBST & MANISCALCO, LLP**
*Counsel for Debtor and Debtor-in-Possession*
3305 Jerusalem Avenue, Suite 201
Wantagh, New York 11793
(516) 826-6500
Salvatore LaMonica, Esq.

---------------------------------------------------------X
In re:

IAN SIMPSON REISNER,

Debtor.
---------------------------------------------------------X

Chapter 11

Case No. 26-44227 (JMM)

**NOTICE OF ADJOURNMENT OF 341 MEETING**

**PLEASE TAKE NOTICE** that the 341 Meeting of Creditors previously scheduled in the Debtor's case for October 5, 2026 at 12:00 p.m. has been adjourned to **Monday, October 19, 2026 at 10:00 a.m.**

**PLEASE TAKE FURTHER NOTICE** that the 341 Meeting of Creditors will be conducted remotely via Zoom for Government. Any person wishing to attend remotely should go to Zoom.us/join and enter Meeting ID 165 704 87664, Passcode 8637233185 OR call (202) 810-2172.

Dated: September 22, 2026
Wantagh, New York

**LaMONICA HERBST & MANISCALCO, LLP**
Counsel to Debtor and Debtor-in-Possession

By: */s/ Salvatore LaMonica*
Salvatore LaMonica, Esq.
A Member of the Firm
3305 Jerusalem Avenue, Suite 201
Wantagh, New York 11793
(516) 826-6500
sl@lhmlawfirm.com