**LaMonica Herbst & Maniscalco, LLP**
3305 Jerusalem Avenue, Suite 201
Wantagh, New York 11793
Tel: (516) 826-6500
Salvatore LaMonica, Esq.
*Proposed Counsel for the Debtor and Debtor-in-Possession*

**Presentment Date: October 30, 2026 at 10:00 a.m.**
**Objection Deadline: 5:00 p.m. on October 23, 2026**

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------X
In re:

IAN SIMPSON REISNER,

Debtor.
---------------------------------------------------------X

Chapter 11
Case No. 26-44227 (JMM)

**NOTICE OF PRESENTMENT OF MOTION FOR WAIVER OF DEBTOR'S DUTY TO COMPLY WITH THE CREDIT COUNSELING REQUIREMENT UNDER SECTION 109(h)(4)**

**PLEASE TAKE NOTICE** that Ian Simpson Reisner, by his Permanent Property Guardian, Andre K. Cizmarik ("Guardian"), the above-captioned Chapter 11 debtor and debtor in possession ("Debtor"), by and through the Debtor's proposed counsel, LaMonica Herbst & Maniscalco, LLP, will present the annexed proposed Order and Motion (collectively, "Motion"), seeking entry of an Order authorizing the Debtor to waive its duty to comply with the Credit Counseling Requirement under Section 109(h)(4), for signature and approval on **October 30, 2026 at 10:00 a.m.** to the Honorable Chief Judge Jil Mazer-Marino, United States Bankruptcy Judge, United States Bankruptcy Court, Eastern District of New York, Conrad B. Duberstein U.S. Courthouse, 271-C Cadman Plaza East, Suite 3529, Brooklyn, New York 11201-1800.

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the Motion must be in writing, conform with the Bankruptcy Code and Federal Rules of Bankruptcy Procedure, state with particularity the grounds therefor and be filed with the Bankruptcy Court no later than **5:00 p.m. on October 23, 2026** ("Objection Deadline") as follows: (I) through the Bankruptcy Court's electronic filing system, which may be accessed through the internet at the Bankruptcy Court's

website at www.nyeb.uscourts.gov and in portable document format (PDF) using Adobe Exchange Software for conversion; or (II) if a party is unavailable to file electronically, such party shall submit the objection in PDF format on a portable drive in an envelope with the case name, case number, type and title of document, document number to which the objection refers and the file name on the outside of the envelope.

**PLEASE TAKE FURTHER NOTICE** that, if an objection to the Motion is not filed by the Objection Deadline, the relief requested shall be deemed unopposed, and the Bankruptcy Court may enter the Order approving the relief sought in the Motion without further notice.

**PLEASE TAKE FURTHER NOTICE, that if an objection is timely filed to the relief requested, or if the Court determines that a hearing is appropriate, the Court will schedule a hearing. Notice of such a hearing will be provided by the movant.**

Dated: Wantagh, New York
October 2, 2026

**LAMONICA HERBST & MANISCALCO, LLP**
*Proposed Counsel for the Debtor and Debtor-in-Possession*

By: */s/ Salvatore LaMonica*
Salvatore LaMonica, Esq.
A Member of the Firm
3305 Jerusalem Avenue, Suite 201
Wantagh, New York 11793
(516) 826-6500