0UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK (BROOKLYN)
----------------------------------------------------------------------X

| | |
|---|---|
| In re: | Chapter 11 |
| IAN SIMPSON REISNER, | Case No. 1-26—44227-JMM |
| Debtor. | |

----------------------------------------------------------------------X

NOTICE OF APPEARANCE AND
DEMAND FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE, that pursuant to 11 U.S.C. § 1109(b) and Rules 9007 and 9010(b) of the Bankruptcy Rules, ANITA MULLER, AS COURT APPOINTED GUARDIAN FOR INDIRA ORENSTEIN, party in interest (the "Party"), hereby appears in the above-captioned case and requests that notice of all matters arising herein be duly served upon the undersigned attorney on behalf of the Party, at the address set forth below.

Request is hereby made for copies of all other papers, including, but not limited to, notices, papers and orders required to be given or served in accordance with Bankruptcy Rule 2002 and copies of all reports, pleadings, motions, notices or applications, petitions, requests, complaints, demands, disclosure statements, answering and reply papers, whether formal or informal, written or oral, and by whatever means transmitted, filed in the above-captioned case, and in any adversary proceedings or contested matters therein.

This Notice of Appearance and Demand for Service of Papers shall not constitute or be deemed or construed to be a waiver of the Party's rights: (1) to have any final orders in noncore matters entered only after *de novo* review by a United States District Judge; (2) to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case; (3) to have the United States District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; (4) to contend that

jurisdiction or venue in this Court is improper or inappropriate; or (5) to any other claims, actions, defenses, rights, remedies, setoffs or recoupments to which the Party is or may be entitled, in law or in equity, all of which claims, actions, defenses, rights, remedies, setoffs, and recoupments the Party expressly reserves.

Dated: New York, New York
October 26, 2026

Yours, etc.

BORAH, GOLDSTEIN,
NAHINS & GOIDEL, P.C.
*Attorneys for Anita Muller, as Court Appointed Guardian for Indira Orenstein*

By: */s/ Jeffrey C. Chancas*
JEFFREY C. CHANCAS
377 Broadway
New York, New York 10013
(212) 431-1300, ext. 900
jchancas@borahgoldstein.com

IAN SIMPSON REISNER
*Debtor*
*c/o Andre Cizmarik, Esq.*
Mintz, Levin, Cohn, Ferris, et.al.
919 Third Avenue
New York, New York 10022

SALVATORE LA MONICA, ESQ.
LaMonica Herbst & Maniscalco
*Attorneys for Debtor*
3305 Jerusalem Avenue
Wantagh, New York 11793
(516) 826-6500

OFFICE OF THE UNITED STATES TRUSTEE
Eastern District of New York (Brooklyn)
Alexander Hamilton Custom House
One Bowling Green, Room 510
New York, New York 10004-1408
(212) 206-2580

JAY B. SOLOMON, ESQ.
Belkin Burden Goldman LLP
*Attorneys for 230 Park South Apartment Inc.*
60 East 42nd Street, 16th Floor
New York, New York 10165
(212) 867-4466

SHARI S. BARAK, ESQ.
LOGS Legal Group LLC
*Attorneys for HSBC Bank, USA, NA*
175 Mile Crossing Boulevard
Rochester, NY 14624
(585) 247-9000

EVAN M. NEWMAN, ESQ.
AVIVA FRANCIS, ESQ.
Jacobowitz, Newman Tversky LLP
*Attorneys for David Spira*
377 Pearsall Avenue, Suite C
Cedarhurst, New York 11516

THOMAS R. SLOME, ESQ.
KYLE KUNST, ESQ.
Cullen and Dykman LLP
*Attorneys for Pinter Holdings, LLC*
333 Earl Ovington Boulevard, 2nd Floor
Uniondale, New York 11553
(516) 357-3700

**CERTIFICATE OF SERVICE**

I hereby certify that on this 26th day of October 2026, a true and correct copy of the Notice of Appearance of ANITA MULLER, AS COURT APPOINTED GUARDIAN FOR INDIRA ORENSTEIN, was served by electronically filing it with the Court using the CM/ECF system, which sent notification to all parties of interest participating in the CM/ECF system.

I also hereby certify that a copy was mailed via United States Postal Service to all parties named in said Notice.

*/s/ Jeffrey C. Chancas*
JEFFREY C. CHANCAS