UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF NEW YORK

Brooklyn Division

Clear All Fields

Save

| | | |
|---|---|---|
| In Re. IAN SIMPSON REISNER | § | Case No. 26-44227 |
| | § | |
| | § | |
| Debtor(s) | § | ☐ Jointly Administered |

# Monthly Operating Report

Chapter 11

Reporting Period Ended: 09/30/2026

Petition Date: 09/08/2026

Months Pending: 1

Industry Classification:

Reporting Method: Accrual Basis ○ Cash Basis ◉

Debtor's Full-Time Employees (current): 0

Debtor's Full-Time Employees (as of date of order for relief): 0

**Supporting Documentation** (check all that are attached):

(For jointly administered debtors, any required schedules must be provided on a non-consolidated basis for each debtor)

- ☐ Statement of cash receipts and disbursements
- ☐ Balance sheet containing the summary and detail of the assets, liabilities and equity (net worth) or deficit
- ☐ Statement of operations (profit or loss statement)
- ☐ Accounts receivable aging
- ☐ Postpetition liabilities aging
- ☐ Statement of capital assets
- ☐ Schedule of payments to professionals
- ☐ Schedule of payments to insiders
- ☒ All bank statements and bank reconciliations for the reporting period
- ☐ Description of the assets sold or transferred and the terms of the sale or transfer

*/s/ Andre K. Cizmarik*

Signature of Responsible Party

11/02/2026

Date

Andre K. Cizmarik, Permanent Property Guardian

Printed Name of Responsible Party

Mintz, Levin, Cohn, Ferris, et al

919 Third Avenue, New York, NY 10022

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

Debtor's Name IAN SIMPSON REISNER Save Case No. 26-44227

| Part 1: Cash Receipts and Disbursements | | Current Month | Cumulative |
|---|---|---|---|
| a. | Cash balance beginning of month | $13,799 | |
| b. | Total receipts (net of transfers between accounts) | $2,037 | $0 |
| c. | Total disbursements (net of transfers between accounts) | $5,198 | $0 |
| d. | Cash balance end of month (a+b-c) | $10,638 | |
| e. | Disbursements made by third party for the benefit of the estate | | |
| f. | Total disbursements for quarterly fee calculation (c+e) | $5,198 | $0 |

| Part 2: Asset and Liability Status<br>(Not generally applicable to Individual Debtors. See Instructions.) | | Current Month |
|---|---|---|
| a. | Accounts receivable (total net of allowance) | |
| b. | Accounts receivable over 90 days outstanding (net of allowance) | |
| c. | Inventory (Book ○ Market ◉ Other ○ (attach explanation)) | |
| d | Total current assets | $0 |
| e. | Total assets | $8,115,855 |
| f. | Postpetition payables (excluding taxes) | $0 |
| g. | Postpetition payables past due (excluding taxes) | |
| h. | Postpetition taxes payable | |
| i. | Postpetition taxes past due | |
| j. | Total postpetition debt (f+h) | $0 |
| k. | Prepetition secured debt | $7,783,478 |
| l. | Prepetition priority debt | $8,123 |
| m. | Prepetition unsecured debt | $2,701,836 |
| n. | Total liabilities (debt) (j+k+l+m) | $10,493,437 |
| o. | Ending equity/net worth (e-n) | $-2,377,582 |

| Part 3: Assets Sold or Transferred | | Current Month | Cumulative |
|---|---|---|---|
| a. | Total cash sales price for assets sold/transferred outside the ordinary course of business | $0 | |
| b. | Total payments to third parties incident to assets being sold/transferred outside the ordinary course of business | | |
| c. | Net cash proceeds from assets sold/transferred outside the ordinary course of business (a-b) | $0 | |

| Part 4: Income Statement (Statement of Operations)<br>(Not generally applicable to Individual Debtors. See Instructions.) | | Current Month | Cumulative |
|---|---|---|---|
| a. | Gross income/sales (net of returns and allowances) | | |
| b. | Cost of goods sold (inclusive of depreciation, if applicable) | | |
| c. | Gross profit (a-b) | | |
| d. | Selling expenses | | |
| e. | General and administrative expenses | | |
| f. | Other expenses | | |
| g. | Depreciation and/or amortization (not included in 4b) | | |
| h. | Interest | | |
| i. | Taxes (local, state, and federal) | | |
| j. | Reorganization items | | |
| k. | Profit (loss) | | |

Click "Generate PDF" to Remove Watermark

Debtor's Name IAN SIMPSON REISNER Save Case No. 26-44227

## Part 5: Professional Fees and Expenses

| | | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|---|
| a. | Debtor's professional fees & expenses (bankruptcy) *Aggregate Total* | | | | | | |
| | *Itemized Breakdown by Firm* | | | | | | |
| Add | | Firm Name | Role | | | | |
| Delete | i | | | | | | |

| | | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|---|
| b. | Debtor's professional fees & expenses (nonbankruptcy) *Aggregate Total* | | | | | | |
| | *Itemized Breakdown by Firm* | | | | | | |
| Add | | Firm Name | Role | | | | |
| Delete | i | | | | | | |
| c. | All professional fees and expenses (debtor & committees) | | | | | | |

## Part 6: Postpetition Taxes

| | | Current Month | Cumulative |
|---|---|---|---|
| a. | Postpetition income taxes accrued (local, state, and federal) | | |
| b. | Postpetition income taxes paid (local, state, and federal) | | |
| c. | Postpetition employer payroll taxes accrued | | |
| d. | Postpetition employer payroll taxes paid | | |
| e. | Postpetition property taxes paid | | |
| f. | Postpetition other taxes accrued (local, state, and federal) | | |
| g. | Postpetition other taxes paid (local, state, and federal) | | |

## Part 7: Questionnaire - During this reporting period:

| | Question | Yes | No | N/A | |
|---|---|---|---|---|---|
| a. | Were any payments made on prepetition debt? (if yes, see Instructions) | ○ | ◉ | | |
| b. | Were any payments made outside the ordinary course of business without court approval? (if yes, see Instructions) | ○ | ◉ | | |
| c. | Were any payments made to or on behalf of insiders? | ○ | ◉ | | |
| d. | Are you current on postpetition tax return filings? | ◉ | ○ | | |
| e. | Are you current on postpetition estimated tax payments? | ◉ | ○ | | |
| f. | Were all trust fund taxes remitted on a current basis? | ○ | ◉ | | |
| g. | Was there any postpetition borrowing, other than trade credit? (if yes, see Instructions) | ○ | ◉ | | |
| h. | Were all payments made to or on behalf of professionals approved by the court? | ○ | ○ | ◉ | |
| i. | Do you have: Worker's compensation insurance? | ○ | ◉ | | |
| | If yes, are your premiums current? | ○ | ○ | ◉ | (if no, see Instructions) |
| | Casualty/property insurance? | ◉ | ○ | | |
| | If yes, are your premiums current? | ◉ | ○ | ○ | (if no, see Instructions) |
| | General liability insurance? | ○ | ◉ | | |
| | If yes, are your premiums current? | ○ | ○ | ◉ | (if no, see Instructions) |
| j. | Has a plan of reorganization been filed with the court? | ○ | ◉ | | |
| k. | Has a disclosure statement been filed with the court? | ○ | ◉ | | |

Click "Generate PDF" to Remove Watermark

Debtor's Name IAN SIMPSON REISNER Save Case No. 26-44227

l. Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930? Yes (●) No ( )

## Part 8: Individual Chapter 11 Debtors (Only)

| | | |
|---|---|---|
| a. | Gross income (receipts) from salary and wages | $0 |
| b. | Gross income (receipts) from self-employment | $0 |
| c. | Gross income from all other sources | $2,307 |
| d. | Total income in the reporting period (a+b+c) | $2,307 |
| e. | Payroll deductions | $0 |
| f. | Self-employment related expenses | $0 |
| g. | Living expenses | $0 |
| h. | All other expenses | $0 |
| i. | Total expenses in the reporting period (e+f+g+h) | $0 |
| j. | Difference between total income and total expenses (d-i) | $2,307 |
| k. | List the total amount of all postpetition debts that are past due | $0 |
| l. | Are you required to pay any Domestic Support Obligations as defined by 11 U.S.C § 101(14A)? | Yes ( ) No (●) |
| m. | If yes, have you made all Domestic Support Obligation payments? | Yes ( ) No ( ) N/A (●) |

**Privacy Act Statement**

28 U.S.C. § 589b authorizes the collection of this information, and provision of this information is mandatory under 11 U.S.C. §§ 704, 1106, and 1107. The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6). The United States Trustee will also use this information to evaluate a chapter 11 debtor's progress through the bankruptcy system, including the likelihood of a plan of reorganization being confirmed and whether the case is being prosecuted in good faith. This information may be disclosed to a bankruptcy trustee or examiner when the information is needed to perform the trustee's or examiner's duties or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law. Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records." *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006). A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm. Failure to provide this information could result in the dismissal or conversion of your bankruptcy case or other action by the United States Trustee. 11 U.S.C. § 1112(b)(4)(F).

**I declare under penalty of perjury that the foregoing Monthly Operating Report and its supporting documentation are true and correct and that I have been authorized to sign this report on behalf of the estate.**

Click "Generate PDF" to Remove Watermark

*/s/ Andre K. Cizmarik*
Signature of Responsible Party

Andre K. Cizmarik, Permanent Property Guardian
Printed Name of Responsible Party

Permanent Property Guardian of Debtor
Title

11/02/2026
Date

Save

Generate PDF for Court Filing and Remove Watermark

BANK OF AMERICA

P.O. Box 15284
Wilmington, DE 19850

BofA REWARDS

**Customer service information**

Customer service: 1.800.432.1000

En Español: 1.800.688.6086

bankofamerica.com

Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

IAN S REISNER
NICOLAS QUIN SEARLE
230 CENTRAL PARK S # 2F
NEW YORK, NY 10019-1409

# Your combined statement

for September 1, 2026 to September 30, 2026

| Your deposit accounts | Account/plan number | Ending balance | Details on |
|---|---|---|---|
| Adv SafeBalance Banking | [redacted]3773 | $0.00 | Page 3 |
| Wealth Management MMS Money Market Savings | [redacted]7979 | $5.14 | Page 5 |
| **Total balance** | | **$5.14** | |

**Cash back deals are better than ever.**

Find more cash back deals from thousands of top brands. Check it out today!

**Explore your deals at bankofamerica.com/deals.**

When you use the QRC feature, certain information is collected from your mobile device for business purposes. You must be enrolled in Online Banking or Mobile Banking to participate in the deals program and have either an eligible Bank of America® debit or credit card or Merrill credit card. Earned cash back will be credited into the eligible consumer deposit or credit account used to make the purchase. This deals program may not include deals available through other rewards programs. Data connection required. Wireless carrier fees may apply. For SafeBalance Banking® for Family Banking accounts, the parent owner can participate in the deals program but their child using the account cannot. Mobile Banking requires that you download the Mobile Banking app and may not be available for select mobile devices. Message and data rates may apply.

SSM-04-26-0252.B | 8865347

# IMPORTANT INFORMATION:

## BANK DEPOSIT ACCOUNTS

How to Contact Us - You may call us at the telephone number listed on the front of this statement.

Updating your contact information - We encourage you to keep your contact information up-to-date. This includes address, email and phone number. If your information has changed, the easiest way to update it is by visiting the Help & Support tab of Online Banking.

Deposit agreement - When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. Copies of both the deposit agreement and fee schedule which contain the current version of the terms and conditions of your account relationship may be obtained at our financial centers.

Electronic transfers: In case of errors or questions about your electronic transfers - If you think your statement or receipt is wrong or you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number.
- Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (10 calendar days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will provisionally credit your account for the amount you think is in error, so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

Reporting other problems - You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or an unauthorized transaction within the time period specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you and you agree to not make a claim against us, for the problems or unauthorized transactions.

Direct deposits - If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us to find out if the deposit was made as scheduled. You may also review your activity online or visit a financial center for information.

© 2026 Bank of America Corporation

**Bank of America, N.A. Member FDIC and Equal Housing Lender**

BANK OF AMERICA

Account number: [redacted]3773

# Your Adv SafeBalance Banking

# BofA Rewards Member

IAN S REISNER NICOLAS QUIN SEARLE

## Account summary

| | |
|---|---|
| Beginning balance on September 1, 2026 | $0.56 |
| Deposits and other additions | 794.03 |
| ATM and debit card subtractions | -0.00 |
| Other subtractions | -794.59 |
| Service fees | -0.00 |
| **Ending balance on September 30, 2026** | **$0.00** |

## Deposits and other additions

| Date | Description | Amount |
|---|---|---|
| 09/11/26 | Transfer VENMO ; "INSTANT TRANSFER" | 293.77 |
| 09/15/26 | Transfer VENMO ; "INSTANT TRANSFER" | 300.26 |
| 09/18/26 | VENMO DES:CASHOUT ID:1053118487067 INDN:IAN REISNER CO ID:5264681992 PPD | 200.00 |
| **Total deposits and other additions** | | **$794.03** |

Schedule payments with Zelle®

Send money now, schedule it for later, or make it recurring.*

**Scan the code to get started.**

When you use the QRC feature, certain information is collected from your mobile device for business purposes. Zelle® eligible U.S. checking or savings account required. Zelle and the Zelle related marks are wholly owned by Early Warning Services, LLC and are used herein under license.
* This feature is available after 60 days of Zelle enrollment and in some circumstances, the feature may not be available for certain recipients.

SSM-01-26-2345.B | 8769431

# Withdrawals and other subtractions

## Other subtractions

| Date | Description | Amount |
|---|---|---|
| 09/02/26 | Online Banking transfer to CHK 6646 Confirmation# 2237735313 | -0.56 |
| 09/14/26 | Online Banking transfer to SAV 3838 Confirmation# 1141933219 | -93.00 |
| 09/15/26 | Online Banking transfer to CHK 6646 Confirmation# 1250104967 | -200.77 |
| 09/15/26 | Online Banking transfer to CHK 6646 Confirmation# 2650274395 | -300.00 |
| 09/21/26 | Online Banking transfer to CHK 6646 Confirmation# 2193776520 | -90.00 |
| 09/21/26 | Online Banking transfer to CHK 6646 Confirmation# 1602952509 | -40.00 |
| 09/21/26 | Online Banking transfer to CHK 6646 Confirmation# 2202971814 | -10.00 |
| 09/28/26 | Online Banking transfer to CHK 6646 Confirmation# 1264225654 | -60.26 |
| **Total other subtractions** | | **-$794.59** |

Braille and Large Print Request - You can request a copy of this statement in Braille or Large Print by calling 800.432.1000 or going to bankofamerica.com and enter Visually Impaired Access from the home page.

BANK OF AMERICA

Account number: [redacted]7979

# Your Wealth Management MMS Money Market Savings

## BofA Rewards Member

**IAN S REISNER NICOLAS QUIN SEARLE**

## Account summary

| | |
|---|---|
| Beginning balance on September 1, 2026 | $5.14 |
| Deposits and other additions | 0.00 |
| ATM and debit card subtractions | -0.00 |
| Other subtractions | -0.00 |
| Service fees | -0.00 |
| **Ending balance on September 30, 2026** | **$5.14** |

This page intentionally left blank

This page intentionally left blank

This page intentionally left blank

This page intentionally left blank

This page intentionally left blank

BANK OF AMERICA

P.O. Box 15284
Wilmington, DE 19850

BofA REWARDS

**Customer service information**

Customer service: 1.800.432.1000

En Español: 1.800.688.6086

bankofamerica.com

Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

IAN S REISNER
STIAN TERTNES NYSTAD
230 CENTRAL PARK S # 2F
NEW YORK, NY 10019-1409

# Your Wealth Management MMS Money Market Savings BofA Rewards Preferred Honors

for September 1, 2026 to September 30, 2026

Account number: [redacted]3838

**IAN S REISNER STIAN TERTNES NYSTAD**

## Account summary

| | |
|---|---|
| Beginning balance on September 1, 2026 | $0.00 |
| Deposits and other additions | 983.00 |
| ATM and debit card subtractions | -80.00 |
| Other subtractions | -702.91 |
| Service fees | -0.00 |
| **Ending balance on September 30, 2026** | **$200.09** |

*Annual Percentage Yield Earned this statement period: 0.00%.*
*Interest Paid Year To Date: $0.03.*

**Cash back deals are better than ever.**

Find more cash back deals from thousands of top brands. Check it out today!

**Explore your deals at bankofamerica.com/deals.**

When you use the QRC feature, certain information is collected from your mobile device for business purposes. You must be enrolled in Online Banking or Mobile Banking to participate in the deals program and have either an eligible Bank of America® debit or credit card or Merrill credit card. Earned cash back will be credited into the eligible consumer deposit or credit account used to make the purchase. This deals program may not include deals available through other rewards programs. Data connection required. Wireless carrier fees may apply. For SafeBalance Banking® for Family Banking accounts, the parent owner can participate in the deals program but their child using the account cannot. Mobile Banking requires that you download the Mobile Banking app and may not be available for select mobile devices. Message and data rates may apply.

SSM-04-26-0253.B | 8865347

# IMPORTANT INFORMATION:
## BANK DEPOSIT ACCOUNTS

How to Contact Us - You may call us at the telephone number listed on the front of this statement.

Updating your contact information - We encourage you to keep your contact information up-to-date. This includes address, email and phone number. If your information has changed, the easiest way to update it is by visiting the Help & Support tab of Online Banking.

Deposit agreement - When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. Copies of both the deposit agreement and fee schedule which contain the current version of the terms and conditions of your account relationship may be obtained at our financial centers.

Electronic transfers: In case of errors or questions about your electronic transfers - If you think your statement or receipt is wrong or you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number.
- Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (10 calendar days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will provisionally credit your account for the amount you think is in error, so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

Reporting other problems - You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or an unauthorized transaction within the time period specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you and you agree to not make a claim against us, for the problems or unauthorized transactions.

Direct deposits - If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us to find out if the deposit was made as scheduled. You may also review your activity online or visit a financial center for information.

© 2026 Bank of America Corporation

**Bank of America, N.A. Member FDIC and Equal Housing Lender**

BANK OF AMERICA



## Deposits and other additions

| Date | Description | Amount |
|---|---|---|
| 09/10/26 | Zelle payment from URBAN RESORT LLC Conf# cWzsaJfdq | 100.00 |
| 09/14/26 | Online Banking transfer from CHK 3773 Confirmation# 1141933219 | 93.00 |
| 09/17/26 | Zelle payment from URBAN RESORT LLC Conf# SHP1k9wyh | 100.00 |
| 09/21/26 | Zelle payment from HUNTER REISNER Conf# wWpleufNe | 190.00 |
| 09/21/26 | Zelle payment from URBAN RESORT LLC Conf# 8tp3qWBu4 | 100.00 |
| 09/23/26 | Zelle payment from HUNTER REISNER Conf# fBZxKctJS | 300.00 |
| 09/28/26 | Zelle payment from URBAN RESORT LLC Conf# t9k2Jzos1 | 100.00 |
| **Total deposits and other additions** | | **$983.00** |

## Withdrawals and other subtractions

### ATM and debit card subtractions

| Date | Description | Amount |
|---|---|---|
| 09/17/26 | BKOFAMERICA ATM 09/17 #000003239 WITHDRWL 51ST & EIGHTH AVEN NEW YORK NY | -80.00 |
| **Total ATM and debit card subtractions** | | **-$80.00** |

### Other subtractions

| Date | Description | Amount |
|---|---|---|
| 09/14/26 | Online Banking transfer to CHK 6646 Confirmation# 1329948953 | -100.00 |
| 09/17/26 | Online Banking transfer to CHK 6646 Confirmation# 2165843898 | -10.91 |
| 09/21/26 | Online Banking transfer to CHK 6646 Confirmation# 1796823809 | -40.00 |
| 09/21/26 | Online Banking transfer to CHK 6646 Confirmation# 2200417218 | -50.00 |
| 09/22/26 | Online Banking transfer to CHK 6646 Confirmation# 1408767057 | -200.00 |

*continued on the next page*

Schedule payments with Zelle®

Send money now, schedule it for later, or make it recurring.*

**Scan the code to get started.**

When you use the QRC feature, certain information is collected from your mobile device for business purposes. Zelle® eligible U.S. checking or savings account required. Zelle and the Zelle related marks are wholly owned by Early Warning Services, LLC and are used herein under license.

* This feature is available after 60 days of Zelle enrollment and in some circumstances, the feature may not be available for certain recipients.

SSM-01-26-2345.B | 8769431

## Withdrawals and other subtractions - continued

### Other subtractions - continued

| Date | Description | Amount |
|---|---|---|
| 09/22/26 | Online Banking transfer to CHK 6646 Confirmation# 2208864219 | -102.00 |
| 09/28/26 | Online Banking transfer to CHK 6646 Confirmation# 2144432893 | -200.00 |
| **Total other subtractions** | | **-$702.91** |

Braille and Large Print Request - You can request a copy of this statement in Braille or Large Print by calling 800.432.1000 or going to bankofamerica.com and enter Visually Impaired Access from the home page.

This page intentionally left blank

This page intentionally left blank

This page intentionally left blank

This page intentionally left blank

**FIRST HORIZON**
P.O. BOX 84
MEMPHIS, TN 38101

Electronic Service Requested

00015152 TFTSTRMI09122601574б 0000002 000000000 004 E

ANDRE K CIZMARIK AS TEMPORARY
GUARDIAN FOR IAN REISNER
ATTN: ANDRE CIZMARIK C/O MINTZ LEVIN
[redacted]

**FIRSTVIEW CHECKING**

| CUSTOMER INFORMATION | |
|---|---|
| ACCOUNT NUMBER | [redacted]2532 |
| STATEMENT DATE | 09/11/26 |

**CUSTOMER SERVICE INFORMATION**

- Customer Service: 1-800-382-5465
- Visit Us Online: www.firsthorizon.com
- Follow Us On Facebook!
- Follow Us On X!

| ACCOUNT SUMMARY | DATE | BALANCE OF YOUR FUNDS |
|---|---|---|
| PREVIOUS BALANCE | 08/12/26 | $17,776.66 |
| 1 DEPOSIT TOTALING | | $15.00 |
| 7 WITHDRAWALS TOTALING | | $6,483.33 |
| NEW BALANCE | 09/11/26 | $11,308.33 |

**FIRSTVIEW CHECKING ACCOUNT TRANSACTIONS** FOR THE PERIOD FROM 08/13/26 THROUGH 09/11/26

**ACCOUNT HISTORY**

| DATE | DESCRIPTION | DEPOSIT | WITHDRAWAL | CARD # |
|---|---|---|---|---|
| 08/18 | WITHDRAWAL -True Link Card Transfer 1060692 | | $300.00 | |
| 08/25 | WITHDRAWAL -True Link Card Transfer 1060692 | | $300.00 | |
| 08/26 | WITHDRAWAL -True Link Card Transfer 1060692 | | $250.00 | |
| 09/01 | WITHDRAWAL -True Link Card Transfer 1060692 | | $300.00 | |
| 09/08 | WITHDRAWAL -True Link Card Transfer 1060692 | | $300.00 | |
| 09/09 | 3270 MISCELLANEOUS CREDIT | $15.00 | | |

**CHECKS PAID SUMMARY**

| DATE | CHECK # | AMOUNT | DATE | CHECK # | AMOUNT | DATE | CHECK # | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 08/19 | 110 | $2,533.33 | 09/09 | 111 | $2,500.00 | | | |

**DAILY BALANCE SUMMARY**

| DATE | BALANCE | DATE | BALANCE | DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|---|---|---|---|
| 08/18 | $17,476.66 | 08/19 | $14,943.33 | 08/25 | $14,643.33 | 08/26 | $14,393.33 |
| 09/01 | $14,093.33 | 09/08 | $13,793.33 | 09/09 | $11,308.33 | | |

## EASY CHECKBOOK BALANCING

| CHECK NUMBER | CHECK AMOUNT | | CHECK NUMBER | CHECK AMOUNT | | CHECK NUMBER | CHECK AMOUNT | | CHECK NUMBER | CHECK AMOUNT | | CHECK NUMBER | CHECK AMOUNT | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| TOTAL OUTSTANDING CHECKS | | | | | | | | | | | | | | |

**STEP 1** Update your check register by entering all deposits and withdrawals which appear on this statement, but have not yet been entered into your check register. Be sure to include any service charges, finance charges, or interest credited to your checking account shown on the front of this statement.

**STEP 2** Mark off ( ✓ ) all deposits and withdrawals appearing on this statement in your check register. List any outstanding checks and withdrawals in the space provided above.

**STEP 3** Enter your check register balance. $ ______________

**STEP 4** Adjust the balance reported on this statement to match your records.

a. BALANCE OF YOUR FUNDS reported on this statement.* $ ______

b. ADD the total of any deposits appearing in your check register but not shown on this statement. + ______

c. SUBTOTAL $ ______

d. SUBTRACT the total of outstanding checks or withdrawals posted in your check register but not shown on this statement. - ______

e. The result is your current balance and should equal the amount in your check register.* $ ______

* HINTS FOR CUSTOMERS WITH FIRST BANKING RESERVE. If this statement shows that your First Banking Reserve line is in use, you may find it helpful to enter your AVAILABLE RESERVE as shown on the front of this statement instead of the BALANCE OF YOUR FUNDS in step 4a. The result you obtain in step 4a will then be your current Available Reserve. You can then subtract this amount from your APPROVED RESERVE to obtain the current amount of First Banking Reserve in Use which should equal the amount in your check register.

## FIRST BANKING RESERVE NOTICE

1. When your First Banking Reserve is in use, Payments (Deposits) and other credits will be applied in the following order (1) to any negative balance, (2) to unpaid INTEREST CHARGE from a previous cycle, (3) to your "First Banking Reserve in Use," (4) to increase the "Balance of Your Funds."
2. The INTEREST CHARGE is computed by multiplying a Monthly Periodic Rate by the "Average Daily First Banking Reserve in Use Subject to INTEREST CHARGE." The Monthly Periodic Rate and ANNUAL PERCENTAGE RATE are subject to change. Your ANNUAL PERCENTAGE RATE for the cycle will be determined by multiplying your Monthly Periodic Rate by 12. If an INTEREST CHARGE is imposed on First Banking Reserve, an increase in your periodic rate and corresponding ANNUAL PERCENTAGE RATE will result in an increase in that INTEREST CHARGE, and if your new balance exceeds $50 it will result in an increase in your minimum payment.
3. The "Average Daily First Banking Reserve in Use Subject to INTEREST CHARGE" for the cycle is calculated by adding the amount of "Reserve in Use" at the close of each day in the cycle, less any unpaid INTEREST CHARGE from a previous cycle and dividing this result by the number of days in the cycle. Any disputed amounts being investigated pursuant to the provisions of Paragraph N of Section II of the Overdraft Services Agreement are excluded in calculating the "Average Daily First Banking Reserve in Use Subject to INTEREST CHARGE."

## BILLING RIGHTS SUMMARY

IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR FIRST BANKING RESERVE BILL

If you think your First Banking Reserve Bill is wrong, or if you need more information about a transaction on your bill, write us at the address shown on your bill as soon as possible. We must hear from you no later than 60 days after we sent you the first bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights.

In your letter give us the following information:

• Your name and account number • The dollar amount of suspected error • Describe the error and explain if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

## SAVINGS TRANSACTION RECORD

### INSTRUCTIONS

1. The space at the right is provided for you to enter all deposits and withdrawals made during the next interest period.
2. Keep all deposits and withdrawal receipts so you may compare them with the next statement.
3. A statement covering the next interest period will be mailed to you at the end of that period.
4. **PLEASE NOTIFY BANK PROMPTLY OF ANY CHANGE OF ADDRESS.**

PLEASE USE THIS FORM TO RECORD TRANSACTIONS FOR NEXT PERIOD

| BALANCE SHOWN ON STATEMENT → | | | |
|---|---|---|---|
| DATE | WITHDRAWALS | DEPOSITS | BALANCE |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |



00015152 0191059 0002 0004 TFTSTRM09122801574602

FIRST HORIZON
P.O. BOX 84
MEMPHIS, TN 38101

**FIRSTVIEW CHECKING**

| CUSTOMER INFORMATION | |
|---|---|
| ACCOUNT NUMBER | **********2532 |
| STATEMENT DATE | 09/11/26 |

ANDRE K CIZMARIK AS TEMPORARY

**INQUIRY INFORMATION**

*ALL INQUIRIES FOR BALANCES, GENERAL INFORMATION, ACCOUNT ERRORS, ACCOUNT ACTIVITY, AUTOMATED TELLER MACHINE ACTIVITY AND DEBIT CARD TRANSACTIONS SHOULD BE DIRECTED TO 1-800-382-5465.
*TO REPORT A LOST/STOLEN DEBIT CARD: CALL 1-800-382-5465 IMMEDIATELY AND FOLLOW THE VOICE PROMPTS.
*DIRECT INQUIRIES CONCERNING PREAUTHORIZED ELECTRONIC FUNDS TRANSFER TO 1-800-382-5465.
*YOU MAY MAIL INQUIRIES CONCERNING AUTOMATED TELLER MACHINE ACTIVITY, DEBIT CARD TRANSACTIONS, AND PREAUTHORIZED ELECTRONIC FUNDS TRANSFERS TO:
FIRST HORIZON BANK
P.O. BOX 84
MEMPHIS, TN 38101

**FIRST HORIZON.**
P.O. BOX 84
MEMPHIS, TN 38101

| FIRSTVIEW CHECKING | |
|---|---|
| **CUSTOMER INFORMATION** | |
| ACCOUNT NUMBER | **********2532 |
| STATEMENT DATE | 09/11/26 |

ANDRE K CIZMARIK AS TEMPORARY


ANDRE K CIZMARIK AS TEMPORARY GUARDIAN FOR IAN REISNER 110
08/11/2026
Pay to the Order of VAN LEER & GREENBERG $ 2,533.33
TWO THOUSAND FIVE HUNDRED THIRTY THREE AND 33/100
FIRST HORIZON.
For JULY 31, 2026 INVOICE
AKCizmarik PROPERTY GUARDIAN
[redacted]

CK 0110 REF 4000416460 PD 08/19 AMT $2,533.33


ANDRE K CIZMARIK AS TEMPORARY GUARDIAN FOR IAN REISNER 111
09/01/2026
Pay to the Order of VAN LEER & GREENBERG $ 2,500.00
TWO THOUSAND FIVE HUNDRED AND 00/100 Dollars
FIRST HORIZON.
For AUG. 31, 2026 INVOICE
AKCizmarik, Prop. Guard.
[redacted]

CK 0111 REF 4000894720 PD 09/09 AMT $2,500.00

Member FDIC


00015152 0181091 0004 0004 TFTSTRMI09122601574602
000044091

FIRST HORIZON
P.O. BOX 84
MEMPHIS, TN 38101

**FIRSTVIEW CHECKING**

Electronic Service Requested

00015637 TFTSTRMI101426015632 0000002 000000000 002 E

ANDRE K CIZMARIK AS TEMPORARY
GUARDIAN FOR IAN REISNER
ATTN: ANDRE CIZMARIK C/O MINTZ LEVIN
87 DOGWOOD LN
MANHASSET NY 11030-1639

| CUSTOMER INFORMATION | |
|---|---|
| ACCOUNT NUMBER | [redacted]2532 |
| STATEMENT DATE | 10/13/26 |

**CUSTOMER SERVICE INFORMATION**

Customer Service: 1-800-382-5465
Visit Us Online: www.firsthorizon.com
Follow Us On Facebook!
Follow Us On X!

| ACCOUNT SUMMARY | DATE | BALANCE OF YOUR FUNDS |
|---|---|---|
| PREVIOUS BALANCE | 09/11/26 | $11,308.33 |
| 1 DEPOSIT TOTALING | | $244.92 |
| 3 WITHDRAWALS TOTALING | | $900.00 |
| NEW BALANCE | 10/13/26 | $10,653.25 |

**FIRSTVIEW CHECKING ACCOUNT TRANSACTIONS** **FOR THE PERIOD FROM 09/12/26 THROUGH 10/13/26**

**ACCOUNT HISTORY**

| DATE | DESCRIPTION | DEPOSIT | WITHDRAWAL | CARD # |
|---|---|---|---|---|
| 09/15 | WITHDRAWAL -True Link Card<br>Transfer 1060692 | | $300.00 | |
| 09/22 | WITHDRAWAL -True Link Card<br>Transfer 1060692 | | $300.00 | |
| 09/22 | DEPOSIT | $244.92 | | |
| 09/29 | WITHDRAWAL -True Link Card<br>Transfer 1060692 | | $300.00 | |

**DAILY BALANCE SUMMARY**

| DATE | BALANCE | DATE | BALANCE | DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|---|---|---|---|
| 09/15 | $11,008.33 | 09/22 | $10,953.25 | 09/29 | $10,653.25 | | |

**INQUIRY INFORMATION**

*ALL INQUIRIES FOR BALANCES, GENERAL INFORMATION, ACCOUNT ERRORS, ACCOUNT ACTIVITY, AUTOMATED TELLER MACHINE ACTIVITY AND DEBIT CARD TRANSACTIONS SHOULD BE DIRECTED TO 1-800-382-5465.
*TO REPORT A LOST/STOLEN DEBIT CARD: CALL 1-800-382-5465 IMMEDIATELY AND FOLLOW THE VOICE PROMPTS.
*DIRECT INQUIRIES CONCERNING PREAUTHORIZED ELECTRONIC FUNDS TRANSFER TO 1-800-382-5465.
*YOU MAY MAIL INQUIRIES CONCERNING AUTOMATED TELLER MACHINE ACTIVITY, DEBIT CARD TRANSACTIONS, AND PREAUTHORIZED ELECTRONIC FUNDS TRANSFERS TO:
FIRST HORIZON BANK
P.O. BOX 84
MEMPHIS, TN 38101

Member FDIC

# EASY CHECKBOOK BALANCING

| CHECK NUMBER | CHECK AMOUNT | | CHECK NUMBER | CHECK AMOUNT | | CHECK NUMBER | CHECK AMOUNT | | CHECK NUMBER | CHECK AMOUNT | | CHECK NUMBER | CHECK AMOUNT | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| TOTAL OUTSTANDING CHECKS | | | | | | | | | | | | | | |

**STEP 1** Update your check register by entering all deposits and withdrawals which appear on this statement, but have not yet been entered into your check register. Be sure to include any service charges, finance charges, or interest credited to your checking account shown on the front of this statement.

**STEP 2** Mark off ( ✓ ) all deposits and withdrawals appearing on this statement in your check register. List any outstanding checks and withdrawals in the space provided above.

**STEP 3** Enter your check register balance. $ ______________

**STEP 4** Adjust the balance reported on this statement to match your records.

a. BALANCE OF YOUR FUNDS reported on this statement.* $ ______

b. ADD the total of any deposits appearing in your check register but not shown on this statement. + ______

c. SUBTOTAL $ ______

d. SUBTRACT the total of outstanding checks or withdrawals posted in your check register but not shown on this statement. - ______

e. The result is your current balance and should equal the amount in your check register.* $ ______

* HINTS FOR CUSTOMERS WITH FIRST BANKING RESERVE. If this statement shows that your First Banking Reserve line is in use, you may find it helpful to enter your AVAILABLE RESERVE as shown on the front of this statement instead of the BALANCE OF YOUR FUNDS in step 4a. The result you obtain in step 4a will then be your current Available Reserve. You can then subtract this amount from your APPROVED RESERVE to obtain the current amount of First Banking Reserve in Use which should equal the amount in your check register.

## FIRST BANKING RESERVE NOTICE

1. When your First Banking Reserve is in use, Payments (Deposits) and other credits will be applied in the following order (1) to any negative balance, (2) to unpaid INTEREST CHARGE from a previous cycle, (3) to your "First Banking Reserve in Use," (4) to increase the "Balance of Your Funds."
2. The INTEREST CHARGE is computed by multiplying a Monthly Periodic Rate by the "Average Daily First Banking Reserve in Use Subject to INTEREST CHARGE." The Monthly Periodic Rate and ANNUAL PERCENTAGE RATE are subject to change. Your ANNUAL PERCENTAGE RATE for the cycle will be determined by multiplying your Monthly Periodic Rate by 12. If an INTEREST CHARGE is imposed on First Banking Reserve, an increase in your periodic rate and corresponding ANNUAL PERCENTAGE RATE will result in an increase in that INTEREST CHARGE, and if your new balance exceeds $50 it will result in an increase in your minimum payment.
3. The "Average Daily First Banking Reserve in Use Subject to INTEREST CHARGE" for the cycle is calculated by adding the amount of "Reserve In Use" at the close of each day in the cycle, less any unpaid INTEREST CHARGE from a previous cycle and dividing this result by the number of days in the cycle. Any disputed amounts being investigated pursuant to the provisions of Paragraph N of Section II of the Overdraft Services Agreement are excluded in calculating the "Average Daily First Banking Reserve in Use Subject to INTEREST CHARGE."

## BILLING RIGHTS SUMMARY

IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR FIRST BANKING RESERVE BILL

If you think your First Banking Reserve Bill is wrong, or if you need more information about a transaction on your bill, write us at the address shown on your bill as soon as possible. We must hear from you no later than 60 days after we sent you the first bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights.

In your letter give us the following information:

• Your name and account number • The dollar amount of suspected error • Describe the error and explain if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

## SAVINGS TRANSACTION RECORD

### INSTRUCTIONS

1. The space at the right is provided for you to enter all deposits and withdrawals made during the next interest period.
2. Keep all deposits and withdrawal receipts so you may compare them with the next statement.
3. A statement covering the next interest period will be mailed to you at the end of that period.
4. **PLEASE NOTIFY BANK PROMPTLY OF ANY CHANGE OF ADDRESS.**

PLEASE USE THIS FORM TO RECORD TRANSACTIONS FOR NEXT PERIOD

| BALANCE SHOWN ON STATEMENT → | | | |
|---|---|---|---|
| DATE | WITHDRAWALS | DEPOSITS | BALANCE |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |



00015637 0195047 0002 0002 TFTSTRMI10142601563202