**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

---

| | |
|---|---|
| In re: | Chapter 11 |
| IAN SIMPSON REISNER, | Case No. 1-26-44227 (JMM) |
| Debtor. | |

---

**NOTICE OF APPEARANCE AND REQUEST FOR NOTICE**

**PLEASE TAKE NOTICE**, that the undersigned is appearing as counsel for West 42nd Street Developers LLC (the "Creditor") in the above captioned case.

Pursuant to 11 U.S.C. §§ 342 and 1109(b) and Fed. R. Bankr. P. Rules 2002 and 9010, the undersigned hereby demands that notice of all matters herein be served upon:

Ilan Markus
Barclay Damon LLP
555 Long Wharf Drive, 13th Floor, Suite A
New Haven, CT 06511
Telephone: (203) 672-2661
Email: imarkus@barclaydamon.com

**PLEASE TAKE FURTHER NOTICE** that demand is also hereby made for service of copies of all papers, notices, reports, pleadings, motions, applications, disclosure statements, plans, and answering or reply papers in this case and in all contested matters.

**PLEASE TAKE FURTHER NOTICE**, that the undersigned hereby demands that the name and address set forth above be added to any service list in this case.

This Notice of Appearance and Request for Service shall not be deemed or construed to be a waiver of rights of Creditor to (i) have final orders in non-core matters entered only after *de novo* review by a District Judge, (ii) trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case, (iii) have the District Court withdraw the reference

in any matters subject to such withdrawal, or (iv) any other rights, claims, setoffs, or recoupments to which Creditor may be entitled, which they expressly reserve.

Dated: November 9, 2026
New Haven, Connecticut

**BARCLAY DAMON LLP**
*Counsel for West 42nd Street Developers LLC*

By: *___/s/Ilan Markus__________________*
Ilan Markus
555 Long Wharf Drive, 13th Floor, Suite A
New Haven, CT 06511
Telephone: (203) 672-2661
Email: imarkus@barclaydamon.com

**CERTIFICATE OF SERVICE**

I certify that on November 9, 2026 I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Eastern District of New York.

*/s/Ilan Markus*
Ilan Markus