**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

---------------------------------------------------------------------x

**In Re:**

IAN SIMPSON REISNER

**Debtor**

---------------------------------------------------------------------x

**NOTICE OF MOTION TO ADMIT COUNSEL PRO HAC VICE**

**Bankruptcy No.** 1-26-44227 (JMM)

**PLEASE TAKE NOTICE** that, upon the annexed affidavit of movant in support of this motion, applicant will move this Court before the Honorable Jil Mazer-Marino at the United States Bankruptcy Court, located at 271-C Cadman Plaza East, Brooklyn, New York 11201-1800, pursuant to Rule 2090-1(b) of the Local Rules of the United States Bankruptcy Court for the Eastern District of New York, District Court Local Rule 1.3(c), and District Court Administrative Order 97-13, for an Order allowing the admission of movant, a member of the firm of Barclay Damon LLP and a member in good standing of the Bar of the State(s) of Connecticut, and or the U.S. District Court for the ____________________ District of Connecticut, as attorney pro hac vice to argue or try this case in whole or in part as counsel.

Respectfully submitted,

/s/Ilan Markus
*(Signature of Movant)*

Ilan Markus
**(Print or Type Name)**

Dated: November 9, 2026
New Haven, CT