**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**
**-------------------------------------------------------------------x**
**In re:**

IAN SIMPSON REISNER

**AFFIDAVIT IN SUPPORT OF MOTION TO ADMIT COUNSEL *PRO HAC VICE***

**Case Number: 1-26-44227 (JMM)**
**Chapter: 11**
**-------------------------------------------------------------------x**

**NICLAS A. FERLAND**, being duly sworn, hereby deposes and says as follows:

1. I am (a/an) partner with the law firm of Barclay Damon LLP.

2. I submit this affidavit in support of my motion for admission to practice *pro hac vice* in the above captioned matter.

3. As shown in the Certificate(s) of Good Standing annexed hereto I am a member in good standing of the Bar of the State(s) of Connecticut.

4. There are no pending disciplinary proceedings against me in any State or Federal Court.

5. I [circle one] ~~**have** or~~ XXXXX **have not** been convicted of a felony. [*If you circled **"have,"** please describe facts and circumstances*.] ____________________

6. I [circle one] ~~**have** or~~ XXXXX **have not** been censured, suspended, disbarred or denied admission or readmission by any court, [*If you circled **"have,"** please describe facts and circumstances*.]

7. Wherefore you affiant respectfully submits that s/he be permitted to appear as counsel and advocate *pro hac vice* in this one case for creditor(s) West 42nd Street Developers LLC.

Dated: **November 9, 2026**

**/s/Niclas A. Ferland**
Signature of Movant
Firm Name **Barclay Damon LLP**
Address **555 Long Wharf Drive, 13th Fl., Ste A**
**New Haven, CT 06511**
Email **nferland@barclaydamon.com**
Phone **(203) 672-2667**

# United States District Court for the District of Connecticut

## **Certificate of Good Standing**

I, Dinah Milton Kinney, Clerk of this Court, do certify that Attorney Niclas A. Ferland, Bar # ct13119, was duly admitted to practice in this Court on December 6, 1993, and is in good standing as a member of the Bar of this Court.

Dated at New Haven, Connecticut on November 6, 2026.

Dinah Milton Kinney, Clerk

By: /s/ Luiza Limberti

Deputy Clerk

Rev. 10/21/26