# EXHIBIT A

WALD
Stephen P. Wald Real Estate Associates, Inc.

*October 25, 2026*

Andre K. Cizmarik, Esq.
Property Management Guardian
Mintz, Levin, Cohen, Ferris, Glovsky and Popeo, P.C.
919 Third Avenue
New York NY 10022

***RE: 230 Central Park South Apt. 2F and Apt. 18C, NY NY 10019 and 4512 Kings Highway Brooklyn NY 11234***

Dear Mr. Cizmarik,

*Through Stephen Wald, you have employed Stephen P. Wald Real Estate Associates Inc. as a real estate broker with an "exclusive right-to-sell" agreement for the sale of the above captioned properties. An "exclusive right-to-sell" means that if you, the owner finds a buyer, or another broker finds a buyer, the agreed commission (as discussed below) will be due to the exclusive broker.*
*The terms of this agreement are as follows:*

1. *This agreement shall be effective as of October 26, 2026. It shall continue in full force and effect for 180 days from the date listed in the Real Estate Board of New York (RLS) listing database.*

2. *Stephen P. Wald Real Estate Associates is authorized to offer the properties for sale at a price of:*

   *230 CPS Apt.2F: $1,995,000 and to represent that the monthly maintenance charges are $2362.88*
   *Shares:1270*
   *230 CPS Apt. 18C: $__________(*subject to inspection of the premises) and to represent that the monthly maintenance charges are $8242.24*
   *Shares: 4430*
   *4512 Kings Highway (Block:07793 Lot: 0060) *$775,000 (*subject to inspection of the premises) and to represent that the annual real estate taxes are: $8,112.24.*

3. *Compensation. If, during the term of the Listing Agreement, the Property is sold, Seller shall pay compensation as follows:*

   *Listing Firm Compensation: 5% of the Property's final sales Price.*
   *Where the Buyer chooses to be unrepresented by a brokerage firm, the Listing Firm compensation shall be 5% of the Property's final sale price.*

*Buyer Brokerage Firm Compensation: 2.5 % of the Property's final sales price shall be paid to the brokerage firm representing the Buyer ("Buyer Brokerage Firm"), including brokers affiliated with Listing Firm and representing buyer. This offer to compensate Buyer Brokerage Firm may not be rescinded, withdrawn or reduced to any buyer and/or Buyer Brokerage Firm. In all other instances, this offer may only be modified in writing and agreed upon by Buyer and Buyer Brokerage Firm. Buyer Brokerage Firm is an intended beneficiary of this Listing Agreement.*

*Dual Agency: If the Listing Broker is a disclosed dual agent, representing both Seller and Buyer, and both Seller and Buyer accept Listing Broker as a dual agent, compensation to the Listing Firm shall be 5% of the Property's final sales price.*

*Compensation shall be due and payable whether the Property is sold to (a) an independent third party; (b) to the Board of Managers or Directors of the building in which the Property is located (exercising its right of first refusal), or (c) to a current lessee of the Property.*

*The commission will be payable at closing.* ***However, the sale of the above referenced properties and brokerage fees may require court approval.*** *If for any reason the sale does not close and all or part of the down payment is awarded to you, the seller, the broker, shall be entitled to and deemed to have earned 5% of the money awarded to or kept by the seller. If the seller willfully defaults, the commission will be deemed earned and payable to Stephen P. Wald Real Estate Assoc., Inc.*

4. *We will offer the apartment through our own organization and direct and oversee its sale. We will report to you so that you are informed of all pertinent developments. As part of our marketing campaign, we will advertise the apartment at our own expense.*

5. *You hereby authorize us to solicit the cooperation of other licensed real estate brokers who will act as agents for the prospective purchasers, and to work with them on a cooperating basis. In the event another licensed real estate broker is involved in the transaction, we will split the commission with such broker and in no event will the commission paid by you exceed five percent (5%) of the sale price.*

6. *We will arrange whatever appointments may be necessary to show the property to prospective purchasers at times convenient to you.*

7. *We will handle all negotiations and submit to you any offers that we receive.*

8. *You agree to refer all inquiries concerning the sale of the property to us.*

WALD
Stephen P. Wald Real Estate Associates, Inc.

9. *Within three (3) days after the expiration of the listing term, we shall deliver to you in writing a list of no more than six (6) persons who inspected the premises during the listing term. If within ninety (90) days after the expiration of the listing term a contract is signed to sell the premises to a person on said list, we shall be entitled to the commission provided for in paragraph 3 of this agreement*

10. *This agreement shall bind and benefit the personal representatives, successors or assigns of the parties. This agreement may not be changed, rescinded, or modified except in writing, signed by both parties.*

*If the above is in accordance with your understanding, will you please note your acceptance thereof by signing and returning to us the duplicate copy of this agreement.*

________________________
*Stephen P. Wald, President*
*Licensed Real Estate Broker*

*Agreed and accepted:*

____________________________ *Date:*
*Andre K. Cizmarik, Esq*
*Property Management Guardian*