# EXHIBIT B

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------X
In re:

Chapter 11

IAN SIMPSON REISNER,

Case No. 26-44227 (JMM)

Debtor.
---------------------------------------------------------X

**AFFIDAVIT OF STEPHEN P. WALD ON BEHALF OF STEPHEN P. WALD REAL ESTATE ASSOCIATES, INC., AS PROPOSED REAL ESTATE BROKER FOR THE DEBTOR**

STATE OF NEW YORK )
)ss.:
COUNTY OF NEW YORK )

Stephen P. Wald, being duly sworn, deposes and says:

1. I am a Licensed Real Estate Broker with Stephen P. Wald Real Estate Associates, Inc. ("Wald Realty") with offices located at 111 E. 56th Street, New York, New York 10022.

2. I submit this Affidavit, pursuant to Federal Rule of Bankruptcy Procedure 2014(a), in support of the employment and retention of Wald Realty, as real estate broker to Ian Simpson Reisner, by his Permanent Property Guardian, Andre K. Cizmarik ("Guardian"), the above-captioned Chapter 11 debtor and debtor in possession ("Debtor"), for the purpose of marketing and selling the three properties located at: 230 Central Park South, Unit 2F, New York, New York 10019; 230 Central Park South, Unit PH/18C, New York, New York 10019, and 4215 Kings Highway, Brooklyn, New York 11234, of the Debtor (collectively, "Real Properties").

3. I have been a real estate broker with Wald Realty since March, 2002.

4. I sell property throughout New York State, but I specialize in selling property located in New York City, which is where the Real Properties are located. I have vast experience

and am qualified to represent this estate in connection with the marketing and sale of the Real Properties.

5. To the best of my knowledge and belief, MYC neither holds nor represents any interest adverse to the estate herein, and is not related to the Debtor, the attorney for the Debtor, the creditors of this estate, the Trustee and her professionals, any party in interest or their respective attorneys and accountants, the United States trustee, or any person employed in the Office of the United States Trustee. The undersigned is a "disinterested person" as that term is defined in Section 101(14) and 327(a) of the Bankruptcy Code. Furthermore, to the best of my knowledge, Wald Realty does not represent or hold any interest adverse to the Trustee or to this estate with respect to the matters in which it is to be employed.

6. No agreement or understanding exists between Wald Realty and any other person for a division of compensation to be received for services rendered in, or in connection with this Chapter 7 case, nor shall Wald Realty share or agree to share the compensation paid or allowed from the Debtor's estate for such services with any other person unless otherwise authorized by this Court.

7. No agreement or understanding prohibited by Section 155 of Title 18 of the United States Code, or Section 504 of Title 11 of the United States Code has been or will be made by MYC.

8. For its services rendered, Wald Realty has agreed to seek a commission of up to 5% of the gross sales price of the Real Properties.

9. Wald Realty understands and agrees that the payment of commissions, fees and reimbursement of expenses in this matter to Wald Realty will only be paid after the approval of a proper application made to this Court.

WHEREFORE, your deponent respectfully requests a proper Order for employment for MYC & Associates, Inc.

By: ______________________
Stephen P. Wald

Sworn to before me this
12th of November, 2026

______________________

SUSAN MORRIS
Notary Public-State of New York
No. 01MO6336289
Qualified in Nassau County
Commission Expires 02-01-2028