# EXHIBIT C

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------X
In re:

IAN SIMPSON REISNER,

Debtor.
--------------------------------------------------------X

Chapter 11
Case No. 26-44227 (JMM)

**ORDER APPROVING APPLICATION TO EMPLOY STEPHEN P. WALD REAL ESTATE ASSOCIATES, INC. AS REAL ESTATE BROKER TO THE DEBTOR AND DEBTOR-IN-POSSESSION**

Upon consideration of the application dated November 13, 2026 [ECF No. ___] ("Application") of Ian Simpson Reisner, by his Permanent Property Guardian, Andre K. Cizmarik ("Guardian"), the above-captioned Chapter 11 debtor and debtor in possession ("Debtor"), by and through its counsel, seeking the entry of an Order, pursuant to sections 327(a) and 328(a) of the Bankruptcy Code, Bankruptcy Rules 2014 and 2016 and Local Rules 2014-1 and 2016-1 seeking approval of the joint employment of Stephen P. Wald Real Estate Associates, Inc. ("Wald Realty") as its real estate broker to market and sell the Debtor's real property known as and located at 230 Central Park South, Unit 2F, New York, New York 10019; 230 Central Park South, Unit PH/18C, New York, New York 10019, and 4215 Kings Highway, Brooklyn, New York 11234 ("Real Properties"), and upon the affidavit of Stephen P. Wald in support of the Application; and upon and it appearing to the Court that granting the relief requested is fair and reasonable and in the best interests of the Debtor, its estate and creditors; and after due deliberation and consideration; and for good and sufficient cause appearing therefor; and the Court being satisfied that: (i) Wald Realty does not represent nor hold any interest adverse to the Debtor or the Debtor's estate; (ii) Wald Realty is a "disinterested person" as that term is defined in section 101(14) of the Bankruptcy

Code; and (iii) the employment of Wald Realty as Real Estate Broker is necessary and would be in the best interests of the estate; it is now hereby[1]

**ORDERED**, that the Application is granted and in accordance with section 327(a) of the Bankruptcy Code, Wald Realty is hereby employed as Real Estate Broker to the Debtor to market and sell the Debtor's Real Properties; and, it is further

**ORDERED**, that for its services, Wald Realty shall be entitled to seek compensation in the form of a commission of five percent (5%) of the gross sale prices of the Real Properties, which shall be inclusive of Wald Realty's out-of-pocket expenses relating to the marketing and sale of the Real Properties; and it is further

**ORDERED**, that, upon further application to this Court, Wald Realty shall seek, as applicable, Court approval of any payment of any commission, and/or reimbursement of Concierge's reasonable, actual and necessary out-of-pocket expenses incurred in connection with the marketing and sale of the Real Properties; such applications shall be consistent with this Order, the Application for their employment, the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure and the Local Bankruptcy Rules for the Eastern District of New York; and, it is further

**ORDERED** that no compensation shall be paid to Wald Realty except upon proper application pursuant to sections 330 and 331 of the Bankruptcy Code; and it is further

**ORDERED**, that any such compensation shall only be paid after notice and a hearing and entry of an Order by this Court, and it is further

---

[1] Capitalized terms not defined herein shall have the meaning ascribed to them in the Application.

**ORDERED** that this Court shall retain jurisdiction to hear and to determine all matters arising from or related to implementation of this Order.

**NO OBJECTION:**

**WILLIAM K HARRINGTON**

**UNITED STATES TRUSTEE, REGION 2**

By: ________________________

Jeremy S. Sussman
Trial Attorney
Office of the United States Trustee
Alexander Hamilton Custom House
One Bowling Green, Room 510
New York, New York 10004
(202) 573-6935

Dated: New York, New York

________ __, 202_