**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**
271- Cadman Plaza East
Brooklyn, New York 11201

---------------------------------------------------------------------------x
In Re:

IAN SIMPSON REISNER

Case No 26-44227

DEBTOR.

Chapter: 11

---------------------------------------------------------------------------x

**REQUEST FOR JUDICIAL DETERMINATION**
**PLACEMENT OF A RESTRICTION ON A FILED DOCUMENT**

Clerk's office requests that the Court determine if access to Docket No./ECF No. 8 filed via CM/ECF in the Debtor's case should be restricted. This document contains:

☐ Personal identifiers as set forth in Bankruptcy Rule 9037

- Social Security Number
- Taxpayer Identification Number
- Birth Date
- The name of an individual, other than the debtor, known to be and identified as a minor
- Financial Account Number

☐ Trade Secrets

☐ Confidential Research, Development or Commercial Information Scandalous or Defamatory Matter

☑ Other: **The Guardian Order has been placed under seal by the Guardianship Court and should be restricted**

☐ **to the public.**

**NOW THEREFORE, it is hereby ORDERED, that**

☑ The Clerk's Office is directed to restrict access to the document and any persons or entities that obtained a copy of the Guardian Order is hereby directed to destroy, destruct and/or shred the Guardian Order permanently from their possession.

☐ The filer is ordered to re-file the document together with all attachments, **redacted** as required by Bankruptcy Rule 9037, on or before__________________.

☐ The Clerk's Office is directed not to restrict access to the document for the following reason(s):

______________________________________________________________________

______________________________________________________________________

**SO ORDERED**

**Dated: November 16, 2026**
**Brooklyn, New York**

Jil Mazer-Marino
Chief United States Bankruptcy Judge