UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------------X
In re:

IAN SIMPSON REISNER,

Debtor.

Chapter 11
Case No. 26-44227 (JMM)

--------------------------------------------------------------X

**STIPULATION AND ORDER EXTENDING**
**CCL CAPITAL LLC'S TIME TO OBJECT TO EXEMPTIONS**

**WHEREAS,** Ian Simpson Reisner, by Andre K. Cizmarik as Permanent Property Guardian, the above-captioned Chapter 11 debtor and debtor-in-Possession (together, the "Debtor") filed a voluntary petition for relief from his creditors pursuant to Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code") on September 8, 2026;

**WHEREAS,** CCL Capital LLC ("CCL") is a creditor and party in interest in the Debtor's Chapter 11 case;

**WHEREAS,** a 341(a) meeting of creditors was conducted on October 19, 2026;

**WHEREAS,** the persons signing below each represents and warrants that he/she has the authority to enter into this Stipulation on behalf of the party on whose behalf he/she so signs. The undersigned counsel, each represent that they have the full power and authority necessary to bind their respective clients to the terms of this Stipulation, in the same manner as if the clients have duly executed the same; and

**WHEREAS,** the parties have agreed that the last day for CCL to make an objection to any claimed exemption of property, which would otherwise expire thirty (30) days after the closing of the 341(a) meeting of creditors, should be extended through January 30, 2027 (without prejudice to seek further extensions); it is hereby

**AGREED AND SO ORDERED THAT:**

1. The last day for CCL to make an objection to any claimed exemption of property of the estate, or any amendment to any claimed exemption, is hereby extended through January 30, 2027, without prejudice to the parties ability to agree to further extensions of time or for CCL to seek a further extension upon motion before the Court.

**IN WITNESS WHEREOF**, the parties have caused this Stipulation to be executed by their duly authorized representatives as of the date set forth below.

Dated: New York, New York
November 16, 2026

**LAMONICA HERBST & MANISCALCO, LLP**

By: ____________________
Salvatore LaMonica
Counsel for the Debtor
3305 Jerusalem Ave., Suite 201
Wantagh, New York 11793
(516) 826-6500

Dated: Hackensack, New Jersey
November 16, 2026

**TRAURIG LAW LLC**

By: ____________________
Jeffrey Traurig
Counsel for CCL Capital LLC
One University Plaza, Ste. 124
Hackensack, NJ 07601
(646) 974-8650