**LAMONICA HERBST & MANISCALCO, LLP**
3305 Jerusalem Avenue, Suite 201
Wantagh, New York 11793
Tel: (516) 826-6500
*Counsel for the Debtor and Debtor-in-Possession*

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------X
In re:

IAN SIMPSON REISNER,

Debtor.
---------------------------------------------------------X

Chapter 11
Case No. 26-44227 (JMM)

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK )
) ss.:
COUNTY OF NASSAU )

ROSA R. LELLA, being duly sworn, deposes and says:

Deponent is not a party to the action, is over 18 years of age and resides in Suffolk County, NY.

On November 16, 2026, deponent served ***Docket No. 46*, Notice of Presentment of the Application to Employ Stephen P. Wald Real Estate Associates, Inc. as Real Estate Broker for the Debtor and Debtor-In-Possession with Exhibits** by First-Class Mail upon the attorneys/parties listed on the annexed list at the addresses listed, said addresses designated for that purpose, by depositing a true copy of same enclosed in a postpaid, properly addressed wrapper, in an official depository under the exclusive care and custody of United States Postal Service within the State of New York.

TO: ***See Annexed Service List***

***/s/Rosa R. Lella***
ROSA R. LELLA

Sworn to before me this 16th day of November 2026

***/s/ Melanie A. FitzGerald***
Melanie A. FitzGerald
Notary Public, State of New York
No. 02FI4841188
Qualified in Nassau County
Commission Expires December 31, 2029

**SERVICE LIST**

Office of the United States Trustee
Eastern District of NY (Brooklyn)
Alexander Hamilton Custom House
One Bowling Green, Room 510
New York, NY 10004-1408

Stephen P. Wald
STEPHEN P. WALD REAL ESTATE ASSOCIATES, INC.
The Lombardy Hotel
111-115 East 56th Street
New York, NY 10022
*Proposed Real Estate Broker for the Debtor and Debtor-In-Possession*

***Notices of Appearance***

Niclas A. Ferland, Esq.
BARCLAY DAMON LLP
555 Long Wharf Drive, 13th Floor, Suite A
New Haven, CT 06511
*Attorneys for West 42nd Street Developers LLC*

Ilan Markus, Esq.
BARCLAY DAMON LLP
555 Long Wharf Drive, 13th Floor, Suite A
New Haven, CT 06511
*Attorneys for West 42nd Street Developers LLC*

Jeffrey C. Chancas, Esq.
BORAH, GOLDSTEIN, NAHINS & GOIDEL, P.C.
377 Broadway
New York, NY 10013
*Attorneys for Anita Muller, as Court Appointed Guardian for Indira Orenstein*

Shari S. Barak, Esq.
LOGS Legal Group LLP
175 Mile Crossing Boulevard
Rochester, NY 14624
*Attorneys for HSBC BANK USA, N.A.*

Jay B. Solomon, Esq.
BELKIN BURDEN GOLDMAN, LLP
60 E. 42nd Street, 16th Floor
New York, NY 10165
*Attorneys for 230 Park South Apartments, Inc.*

Evan M. Newman, Esq.
JACOBOWITZ NEWMAN TVERSKY LLP
377 Pearsall Ave, Suite C
Cedarhurst, NY 11516
*Attorneys for David Spira*

Thomas R Slome, Esq.
Kyle Kunst, Esq.
CULLEN AND DYKMAN LLP
333 Earle Ovington Boulevard, 2nd Floor
Uniondale, NY 11553
*Attorneys for Pinter Holdings, LLC*

Derian Nasca
89 Gillette Avenue
Bayport, NY 11705

***All Known Claimants of the Estate***

Wells Fargo Bank, N.A.,
Wells Fargo Card Services
P.O. Box 10438, MAC F8235-02F
Des Moines, IA 50306-0438

American Express National Bank
c/o Becket and Lee LLP
P.O. Box 3001
Malvern, PA 19355-0701

Capital One, N.A.
4515 N Santa Fe Avenue
Oklahoma City, OK 73118

230 PARK SOUTH APARTMENT, INC.
c/o Belkin Burden Goldman, LLP
Attn: Jay B. Solomon, Esq.
60 East 42nd Street, 16th Fl
New York, NY 10165

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

HSBC BANK USA, N.A.
1 Corporate Drive, Suite 360
Lake Zurich, IL 60047

Estate of Jaime Martinez-Scholz
c/o SULLIVAN PAPAIN BLOCK MCMANUS
COFFINAS & CANNAVO
120 Broadway, 27th Floor
New York, NY 10271

***<u>All Known Creditors of the Estate & Parties in Interest</u>***

230 Park South Apartments
230 Central Park South
New York, NY 10019

American Express
P.O. Box 1270
Newark, NJ 07101-1270

American Express
Delta SkyMiles Business
P.O. Box 1270
Newark, NJ 07101-1270

Andre Cizmarik, Esq.
Mintz Levin Cohen Ferris
Glovsky and Popeo, P.C.
919 Third Avenue
New York, NY 10022

Capital One
P.O. Box 981600
Boston, MA 02298-1600

CCL Capital, LLC
c/o Adam Hochfelder
1340 South Ocean Blvd.
Suite 2004
Pompano Beach, FL 33062

Cohen & Gresser, LLP
800 Third Avenue
New York, NY 10022

Dana Barnes
c/o Morgan & Morgan NY
199 Water Street, 15th Floor
New York, NY 10038

Erik Ternon
350 W. 57th Street, Apt. 16I
New York, NY 10019

Hantman & Associates
1120 Avenue of the Americas
4th Floor
New York, NY 10036

Hassan Dager
25-39 48th Street
Astoria, NY 11103

HSBC
1 Corporate Drive, Suite 360
Lake Zurich, IL 60047-8945

Hunter Reisner
21 Norman Drive
Rye, NY 10580

Indira Orenstein
c/o Anita Muller
David R. Brody, Esq.
377 Broadway, 6th Floor
New York, NY 10013

IR Holdings, LLC
230 Central Park South, Unit 2F
New York, NY 10019

Jaime Martinez-Scholz
c/o Sullivan Papain Block
McGrath, *et al*
120 Broadway, 27th Floor
New York, NY 10022

Michael S. Kutzin
711 Westchester Ave, Suite 405
White Plains, NY 10604

Monica Kipiniak, Esq.
26 Court Street, Suite 1016
Brooklyn, NY 11204

Nordstrom
P.O. Box 100257
Columbia, SC 29202-3257

Parkview Interiors, LLC
230 Central Park South, Unit 2F
New York, NY 10019

Patrick Racine
733 Route 340
Palisades, NY 10964

Pinter Holdings, LLC
55 Orchard Rest Road
Sherman, CT 06784

Sam Spearin
433 W 54th Street, #11
New York, NY 10019

Stormfield SPV I, LLC
200 Pequot Avenue
Southport, CT 06890

Thomas A. Farinella, Esq.
260 Madison Avenue. 8th Floor
New York, NY 10016

Thomas G. Sherman, P.A.
90 Almeria Avenue
Miami, FL 33134

U.S. SBA
CESC - EIDL Service Ctr.
14925 Kingsport Road
Fort Worth, TX 76155

Urban Resort, LLC
230 Central Park South, #2F
New York, NY 10019

Wells Fargo
P.O. Box 77063
Minneapolis, MN 55480-7753

Yvette Chaplin
4512 Kings Highway
Brooklyn, NY 11234

**Applicable Taxing Authorities & Governmental Units**

Internal Revenue Service
Centralized Insolvency Operation
P.O. Box 7346
Philadelphia, PA 19101-7346

NYC Department of Finance
66 John Street
2nd Floor, Room 104
New York, NY 10038

NYC Department of Finance
Office of Legal Affairs
375 Pearl Street, 30th Floor
New York, NY 10038

NYS Department of
Taxation & Finance
Bankruptcy Unit - TCD
Building 8, Room 455
W.A. Harriman State Campus
Albany, NY 12227

U.S. Small
Business Administration
New York District Office
Attn: Diana St. Louis, District Counsel
26 Federal Plaza, Room 3100
New York, NY 10278

NYS Department of
Taxation & Finance
Bankruptcy Unit
P.O. Box 5300
Albany, NY 12205-5300

U.S. Department of Health
and Human Services
Office of the General Counsel
26 Federal Plaza, Room 3908
New York, NY 10278

U.S. Department of Housing
and Urban Development
Office of Regional Counsel
for NY/NJ
26 Federal Plaza, Room 3500
New York, NY 10278

U.S. Securities &
Exchange Commission
New York Regional Office
100 Pearl Street, Suite 20-100
New York, NY 10004-2616

U.S. Environmental
Protection Agency
Region 2, NJ Superfund Branch
Attn: Douglas Fischer, Office of
Regional Counsel
290 Broadway, 17th Floor
New York, NY 10007-1866

United States Attorney's Office
Eastern District of New York
Attn: Kevin Yim, Chief of
Bankruptcy Litigation
Civil Division
Bankruptcy Processing
271-A Cadman Plaza East, 7th Fl
Brooklyn, NY 11201-1820